## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00176-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO QUINTERO,

    Defendant.

## UNOPPOSED MOTION TO REASSIGN CASE

    Defendant, Alberto Quintero, by and through his court-appointed attorney, Eric K. Klein of Johnson, Brennan & Klein, PLLC, respectfully moves the Court to reassign the above-captioned case to the docket of the Honorable Philip A. Brimmer.  In support of this Motion, Mr. Quintero states as follows:

    Mr. Quintero is before the Court on allegations of violation of his supervised release.  Most of the violations relate to conduct charged in case 14-cr-00096-PAB.  As the Amended Petition (Doc. 27) states, on January 29, 2015, Mr. Quintero pleaded guilty before Judge Brimmer to the conduct underlying those supervised release violations.  Sentencing is scheduled for May 8, 2015.

    As part of the plea agreement in 14-cr-00096-PAB, the government has agreed that any sentence for the supervised release violations should run concurrently with the sentence imposed in that case.  Accordingly, the parties agree that it is most logical and efficient to transfer the instant case to Judge Brimmer for sentencing as well.

This Court was not the original sentencing court in this case. Rather, Mr. Quintero's supervised release was transferred to the District of Colorado from the District of Nevada. Thus, the Court does not have the historical knowledge of the case or of Mr. Quintero that would compel this Court to retain the case rather than transfer it to Judge Brimmer.

AUSA Stephanie Podolak has represented that she does not oppose this request.

WHEREFORE, for the aforementioned reasons and for any other reasons that appear to this Court, Mr. Quintero respectfully requests that the Court reassign the above-captioned case to the docket of the Hon. Philip A. Brimmer.

DATED this 17th day of March 2015.

          Respectfully submitted,

          JOHNSON, BRENNAN & KLEIN, PLLC

          /s/ Eric K. Klein
          Eric K. Klein, #42185
          1470 Walnut Street, Suite 101
          Boulder, CO  80302
          Telephone: (303) 444-1885
          Fax:  (866) 340-8286
          eklein@jbk-law.com
          ATTORNEY FOR ALBERTO QUINTERO

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2015, I electronically filed the foregoing UNOPPOSED MOTION TO REASSIGN CASE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

All counsel of record

                                                     _/s/ Philip Lieder_
                                                     Philip Lieder