**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 13-cr-0176-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.   ALBERTO QUINTERO**,

      Defendant.

---

## ORDER REASSIGNING CASE

---

      This matter comes before the Court on Defendant's Unopposed Motion to Reassign Case to the Honorable Philip A. Brimmer, filed March 17, 2015 (ECF No. 31). The Court having reviewed the Motion and the applicable Record hereby ORDERS as follows:

      The Defendant's Motion is GRANTED for good cause shown.  The Court FINDS, that the interests of justice and the promotion of judicial economy are best served by the reassignment of the instant action to Judge Brimmer.

      Therefore, pursuant to D.C.COLO.LCrR 50.1A, and with the agreement of Judge Brimmer and the approval of Chief Judge Marcia S. Krieger, this criminal action is REASSIGNED to Judge Philip A. Brimmer for all purposes and future proceedings.  All future filings in this case shall be docketed under Criminal Case No. 13-cr-0176-PAB.

Dated this 23rd day of March, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge